IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Number CR 08 04 ML |
| v. | In Violation of 18 U.S.C. § 2113(a) |
| DANIEL TEJEDA | |

FILED
JAN 23 2008

**INDICTMENT**

**COUNT I**

The Grand Jury Charges:

On or about December 5, 2007, in the District of Rhode Island, the Defendant Daniel Tejeda, by intimidation, did knowingly take from the person and presence of another money, amounting to approximately $5,993.00, belonging to and in the care, custody, control, management, and possession of Sovereign Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, all in violation of 18 U.S.C. § 2113(a).

A TRUE BILL

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

MILIND M. SHAH
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

DATE FILED: 1/23/08