1471094

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JAN 23 2008
District of Rhode Island

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

DANIEL TEJEDA

WARRANT FOR ARREST

CASE NUMBER: CR08-04ML

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DANIEL TEJEDA
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BANK ROBBERY

in violation of Title 18 United States Code, Section(s) 2113(a)

JEANNINE NOEL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Signature of Issuing Officer

January 23, 2008 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at TF green airport by USSS | | |
| DATE RECEIVED 01/23/2008 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 04/02/2008 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.