AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

FILED

2015 APR 30 P 3:51

for the

District of Rhode Island

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 1:08CR00004-01ML-LDA & |
| | ) | | 1:08CR00059-01ML-LDA |
| | ) | | |
| | ) | | |
| | ) | | |
| Daniel Tejeda | ) | | |
| *Defendant* | | | |

RECEIVED
U.S. MARSHALS SERVICE

APR 1 0 2015

District of Rhode Island

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment ❏ Superseding Indictment ❏ Information ❏ Superseding Information ❏ Complaint

❏ Probation Violation Petition **x Supervised Release Violation Petition** ❏ Violation Notice ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 3583(d)

Date: _____April 9, 2015_____   _____
*Issuing officer's signature*

City and state: _____Providence, RI_____   _____John Duhamel, Deputy Clerk_____
*Printed name and title*

---

**Return**

This warrant was received on *(date)* **04/10/2015** , and the person was arrested on *(date)* **04/28/2015**
at *(city and state)* **Providence, RI** .

Date: **04/28/2015**   _____
*Arresting officer's signature*

**DUSM Justin Carvalho**
*Printed name and title*